**L&C EUROPA CONTRACTING COMPANY, INC.,**
Appellant,

v.

**Gordon R. ENGLAND, Secretary of the Navy, Appellee.**

No. 04–1590.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2005.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**In re Martin BILLGER and Mikael Brulls.**

No. 05–1184.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2005.

Before NEWMAN, MAYER, and BRYSON, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36